UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.K.L., a minor, by and through her guardian and natural parent, AKEILA JONES LUNDY; AND AKEILA JONES LUNDY,<br><br>Plaintiff(s).<br><br>vs.<br><br>MORENO VALLEY UNIFIED SCHOOL DISTRICT, JOSHUA JACKSON, JR., ROBERT BOUGH, SUSAN SMITH, TAMMY HUERTAS, HONEY HOLLOW ELEMENTARY SCHOOL PARENT TEACHER ASSOCIATION, CINDY DOE, ELVIRA DOE, AND DOES 1-50, inclusive,<br><br>Defendant(s). | Case No: 5:18-CV-00430-JGB-SHK<br><br>**JUDGMENT UPON GRANTING JOSHUA JACKSON, JR., ROBERT BROUGH, SUSAN BICY-GIST AND TAMMY HUERTAS' MOTIONS FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' ENTIRE ACTION**<br><br>**Note changes made by Court** |

## **JUDGMENT**

This action, having come on for hearing on November 9, 2020 and decided on April 1, 2021, on Motions for Summary Judgment by Defendants JOSHUA JACKSON, JR., ROBERT BROUGH, SUSAN BICY-GIST and TAMMY HUERTAS, to the Complaints of Plaintiffs A.K.L. and AKEILA JONES LUNDY before Honorable Jesus G. Bernal, Judge of the United States District Court, Eastern District of California, and after full consideration of all moving and opposing papers, the evidence presented, and the oral arguments of counsel for all parties, and the Motion for Summary Judgment

-1-

being duly granted as to the entire action of Plaintiffs A.K.L., and AKEILA JONES LUNDY, IT IS HEREBY ORDERED AND ADJUDGED that:

Judgment is entered in favor of Defendants JOSHUA JACKSON, JR., ROBERT BROUGH, SUSAN BICY-GIST AND TAMMY HUERTAS and against Plaintiffs A.K.L. and AKEILA JONES LUNDY, as to the entire action.

**IT IS SO ORDERED.**

DATED: August 19, 2021

HON. JESUS G. BERNAL,
U.S. DISTRICT JUDGE